UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HYLKO, JR.,

    Plaintiff,

                                          Case No. 15-12680

v.

                                          Hon. John Corbett O'Meara

JOHN HEMPHILL and
U.S. STEEL CORPORATION,

    Defendants.
_____/

## ORDER GRANTING JOINT
## MOTION FOR RECONSIDERATION

On September 24, 2015, the court declined to exercise supplemental jurisdiction over Plaintiff's state claims and entered an order of partial dismissal. The parties filed a joint motion for reconsideration on October 7, 2015. Having reviewed the parties' motion, the court will exercise supplemental jurisdiction over Plaintiff's state claims.

Accordingly, IT IS HEREBY ORDERED that the parties' motion for reconsideration is GRANTED.

                                                 s/John Corbett O'Meara
                                                 United States District Judge

Date:  October 14, 2015

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, October 14, 2015, using the ECF system.

                                              <u>s/William Barkholz</u>
                                              Case Manager